IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PAMELLA B. WILSON and** | ) | |
| **CURTIS WILSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CASE NO.:** |
| v. | ) | |
| | ) | 2:07-CV-00243-WHA-CSC |
| **SCOTT HEATH RICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## REPORT OF PARTIES' PLANNING MEETING

COME NOW the Plaintiffs, Pamella B. Wilson and Curtis Wilson, and Defendant, Scott Heath Rice, and hereby submit this report of the parties' planning meeting.

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on April 16, 2007, by telephone and was attended by the following:

    a. Bob E. Allen, Esq. for Plaintiffs

    b. Michael L. White, Esq. for Defendant

2. Pre-Discovery Disclosures. The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) within 21 days from the date of the Uniform Scheduling Order issued by the court to govern this case.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan to allow discovery on all issues raised by the Complaint, as amended, and the Answers filed in response thereto:

a. All discovery commenced in time to be complete on or before four (4) weeks before the pretrial hearing, except for witnesses whose names are not revealed until the final witness list or whose names are not revealed in sufficient time for other parties to take a deposition prior to the pretrial, in which case the opposing party may depose those witnesses after the discover deadline.

b. Maximum of 40 interrogatories by each party to any other party, with responses due 30 days after service.

c. Maximum of 25 requests for admission by each party to any other party, with responses due 30 days after service.

d. Maximum of 10 depositions by plaintiff and 10 depositions by defendant.

e. Each deposition (other than depositions of experts) limited to a maximum of 4 hours unless extended by agreement of the parties.

f. Reports from retained experts under Rule 26(a)(2) are due:

1. From plaintiff at least 135 days prior to trial date set by the Court;

2. From defendant at least 75 days prior to trial date set by the Court.

g. Supplementations under Rule 26(e) are due according to the Federal Rules of Civil Procedure.

4. Other Items.

    a. The parties do not request a conference with the court before entry of the scheduling order.

    b. The parties request a pretrial conference approximately five (5) weeks before the trial date.

    c. The parties should be allowed until 120 days from the date of this order to join additional parties or to amend the pleadings.

    d. All potentially dispositive motions should be filed no later than 90 days prior to the pretrial hearing.

    e. Settlement cannot be evaluated at this date.

    f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from each party no later than three (3) weeks prior to the pretrial hearing. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    g. The case should be ready for trial during the trial term of December 10, 2007 and at this time is expected to take approximately two to three days for trial.

Dated this the 16th day of April, 2007.

                                                    ___/s/ Bob E. Allen_____
                                                    BOB E. ALLEN

OF COUNSEL:

Bob E. Allen, Esq.
Post Office Box 908
Millbrook, Alabama 36054-0908

                                                    /s/ Michael L. White
                                               MICHAEL L. WHITE

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
Post Office Box 239
Montgomery, AL 36101-0239