IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PAMELLA B. WILSON and** ) <br> **CURTIS WILSON,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **SCOTT HEATH RICE,** ) <br> ) <br>     **Defendant.** ) <br> ) | **CIVIL ACTION NO.:** <br><br> **2:07-CV-00243-WHA-CSC** |

## NOTICE TO CLERK OF SERVICE OF DISCOVERY

TO:    Honorable Debra P. Hackett, Clerk
        United States District Court
        For the Middle District of Alabama
        Northern Division
        Post Office Box 711
        Montgomery, AL  36101-0711

      PLEASE TAKE NOTICE that the undersigned has on the 20th day of April, 2007, Defendant Scott Heath Rice served on counsel for all parties the following discovery documents:

        ( X )    Interrogatories to Plaintiff Pamella B. Wilson
        ( X )    Interrogatories to Plaintiff Curtis Wilson
        ( X )    Request for Production to Plaintiffs
        (   )    Defendant's Request for Admissions to Plaintiff
        (   )    Response to Request for Admissions
        (   )    Notice of Intent to Serve Subpoena
        (   )    Defendant's Notice of Deposition of Plaintiff

                __/s/ Michael L. White_____
                MICHAEL L. WHITE (WHI095)
                Attorney for Defendant Scott Heath Rice

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-959

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing mail on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 20th day of April, 2007:

Bob E. Allen, Esq.
Post Office Box 908
Millbrook, Alabama 36054

                __/s/ Michael L. White_____
                OF COUNSEL