**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

PAMELLA B. WILSON and            )
CURTIS WILSON                    )
                                 )
        Plaintiffs,              )
                                 )
VS.                              )            CASE NO.:
                                 )            2:07-CV-00243-WHA-CSC
SCOTT HEATH RICE                 )
                                 )
        Defendant                )

**NOTICE OF APPEARANCE**

COMES NOW, J. DOYLE FULLER and JACOB A. FULLER, attorneys, and files herein his appearance of co-counsel for and in behalf of the Plaintiffs in the above referenced matter.

Counsel, in making this appearance, requests:

1.  That all notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2.  That name of counsel be entered herein on the appropriate court records and that he be designated as counsel of record.

Respectfully submitted this the 6th day of August, 2007.

                                 /s/  J. Doyle Fuller
                                 J. DOYLE FULLER (FUL005)
                                 JACOB A. FULLER (FUL030)
                                 Attorneys for Plaintiffs

LAW OFFICES OF J. DOYLE FULLER, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

334-270-0020
334-270-9848 *fax*
jdf@jdoylefuller.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the following:

| | |
|---|---|
| Michael L. White<br>WEBSTER, HENRY, LYONS &<br>WHITE, PC<br>P.O. Box 239<br>Montgomery, AL 36101-0239 | |

by electronic transmission on this the 6th day of August, 2007.


J. Doyle Fuller
OF COUNSEL