IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELLA B. WILSON and<br>CURTIS WILSON,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT HEATH RICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:07cv243-WHA<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the defendant's motion to compel (doc. # 9) filed on August 30, 2007 it is

ORDERED that the motion be DENIED pursuant to FED.R.CIV.P. 26(c) and 37(a)(2)(B). These rules, as amended on December 1, 1993, require litigants to resolve discovery disputes by a good faith <u>conference</u> before seeking court intervention. Written communications between counsel do not constitute a conference. Discovery motions filed pursuant to these Rules <u>must be accompanied by a certification</u> that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. Counsel for the parties are DIRECTED to hold not later than 20 days from the date of this order, the required good faith conference. The parties are encouraged to review this district's Guidelines to Civil Discovery which may be found at http://www.almd.uscourts.gov.

Done this 30th day of August, 2007.

           /s/Charles S. Coody          
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE