IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA B. WILSON, et al. | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:07-cv-243-WHA |
| SCOTT HEATH RICE, | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL

COMES NOW Bob E. Allen gives notice to this Honorable Court that he has withdrawn as counsel for the Plaintiffs and requests that the record reflect same. The Plaintiffs have retained the services of J. Doyle Fuller, Esq.

Respectfully submitted on this 18th day of September, 2007.

BOB E. ALLEN
P.O. Box 908
Millbrook, AL 36054
334-285-0990

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing motion has been served upon the following on this 18th day of September, 2007, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed:

J. Doyle Fuller, Esq.
2851 Zelda Rd.
Montgomery, AL 36106

William H. Webster, Esq.
Michael L. White, Esq.
Webster, Henry, Lyons White, P.C.
P.O. Box 239
Montgomery, AL 36101

BOB E. ALLEN