IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA B. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv243-WHA |
| | ) |
| SCOTT HEATH RICE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on the Notice of Withdrawal (Doc. #12), filed by Bob E. Allen, Esq., on September 18, 2007. The court treats the document as a Motion to Be Allowed to Withdraw.

J. Doyle Fuller, Esq., now having filed a Notice of Appearance on behalf of the Plaintiffs, the motion is GRANTED, and it is hereby

ORDERED that Mr. Allen is allowed to withdraw as attorney of record for the Plaintiffs, with no further responsibility to them in regard to this case.

DONE this 19th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE