IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PAMELLA B. WILSON and )
CURTIS WILSON, )
)
Plaintiffs, )
)
v. ) CASE NO.:
)
) 2:07-CV-00243-WHA-CSC
SCOTT HEATH RICE, )
)
Defendant. )
)

## DEFENDANT'S WITNESS LIST

COMES NOW the Defendant, Scott Heath Rice, and provides the following as possible witnesses that it may call at the trial of this matter:

1. Pamella B. Wilson
2. Curtis Wilson
3. Scott Heath Rice
4. Dr. Jeffry Pirofsky
5. Dr. David Herrick
6. Dr. James R. Carpenter
7. Dr. Stephen R. Bryan
8. Dr. Ronald D. Waters
9. Custodian of Records – The Center for Pain
10. Custodian of Records – HealthSouth/Baptist Health
11. Custodian of Records – Neurosurgery Associates of Central Alabama, P.C.
12. Custodian of Records – Alabama Neurological Clinic
13. Custodian of Records – Montgomery Imaging Center

14. Cpl. J. R. Owens
15. All witness listed by any party to this action.
16. All witness necessary for rebuttal or impeachment.
17. All witnesses and all those involved in the accident made the basis of this suit.
18. All passengers in every vehicle involved in this accident.
19. All witnesses revealed through later discovery.
20. Any witnesses listed or called by the Plaintiffs.
21. Any other witness identified in any depositions or interrogatories of any party.
22. Any witness identified during discovery whose name is not presently known.
23. Any custodian of records or other witness necessary to authenticate documents, photographs, or other exhibits.
24. Any medical care provider or custodian of records of any medical care provider who ever treated the Plaintiffs for complaints related to or similar to those complained of in this suit or any previous claim for personal injuries.
25. Any witnesses who have been or will be deposed in connection with this suit.

Defendant specifically reserves the right to amend this witness list upon the discovery of any additional witnesses who may have facts relevant to this case or as further information becomes available.

_____
MICHAEL L. WHITE

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
Post Office Box 239
Montgomery, AL 36101-0239

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 8th day of October, 2007:

J. Doyle Fuller
The Law Offices of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, AL 36106

_____
OF COUNSEL