IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELLA B. WILSON and<br>CURTIS WILSON,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT HEATH RICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   CASE NO.:<br>)<br>)   2:07-CV-00243-WHA-CSC<br>)<br>)<br>)<br>) |

## EXHIBIT LIST

COMES NOW the Defendant, Scott Heath Rice, by and through the undersigned counsel, and files this exhibit list in accordance with this Court's order as follows:

ADMITTED    DENIED

_____  _____    DX1   Medical and Billing Records from Dr. Jeffry Pirofsky

_____  _____    DX2   Medical and Billing Records from Dr. David Herrick

_____  _____    DX3   Medical and Billing Records from Dr. James R. Carpenter

_____  _____    DX4   Medical and Billing Records from Dr. Stephen R. Bryan

_____  _____    DX5   Medical and Billing Records from Neurosurgery Associates of Central Alabama, P.C.

_____  _____    DX6   Medical and Billing Records from Health South/Baptist Health

| | |
|---|---|
| _____  _____ | DX7   Medical and Billing Records from The Center for Pain |
| _____  _____ | DX8   Medical and Billing Records from Alabama Neurological Clinic |
| _____  _____ | DX9   Medical and Billing Records from Montgomery Imaging Center |
| _____  _____ | DX10  Photographs of Plaintiff's vehicle |
| _____  _____ | DX11  Photographs of accident scene |

    Medical and billing records from any medical provider who treated the Plaintiff for injuries sustained in the accident made the basis of this Complaint;

    Any and all accident reports, pleadings, or related documentation for any previous automobile accidents involving the Plaintiff;

    Any and all pleadings or related documentation for any previous lawsuits involving the Plaintiff;

    Depositions of all medical care providers which may be taken in the case;

    Depositions of all witnesses which may be taken in the case;

    Defendant reserves the right to offer any exhibit listed by the Plaintiff;

    Defendant reserves the right to use any exhibit necessary for cross-examination;

    Defendant reserves the right to use any exhibit found through outstanding discovery;

    Defendant reserves the right to use any exhibit necessary for rebuttal;

    Defendant reserves the right to use any exhibit used in any deposition taken in this case; and

    Defendant reserves the right to amend this exhibit list upon the discovery of any additional information or exhibits that may be relevant to this case.

Respectfully submitted this the 8th day of October, 2007.

_____
MICHAEL L. WHITE

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
Post Office Box 239
Montgomery, AL  36101-0239

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 8th day of October, 2007:

J. Doyle Fuller
The Law Offices of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, AL 36106

_____
OF COUNSEL