IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PAMELLA B. WILSON and** ) | |
| **CURTIS WILSON,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **CASE NO.:** |
| v. ) | |
| ) | **2:07-CV-00243-WHA-CSC** |
| **SCOTT HEATH RICE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, Scott Heath Rice, and files his Conflict Disclosure Statement. Mr. Rice is an individual and has no known association that might potentially cause a conflict for any Judge related to this action.

Respectfully submitted,


　　/s/ Michael L. White
MICHAEL L. WHITE (WHI095)
Attorney for Scott Heath Rice


OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this date of October 18, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

J. Doyle Fuller
The Law Offices of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, AL  36106


                                                    /s/ Michael L. White
                                                  OF COUNSEL