IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA B. WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv243-WHA |
| ) | |
| SCOTT HEATH RICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Following a pretrial conference held on this day, it is hereby ORDERED as follows:

1. The trial of this case is CONTINUED to the term of court commencing March 24, 2008, and pretrial hearing will be held on February 20, 2008, at a time to be set by later order.

2. Counsel for the parties are DIRECTED to meet and to file an Amended Report of Parties Planning Meeting **no later than November 9, 2007**, which is to include any requested changes in deadlines consistent with the new trial and pretrial dates.

3. The parties are DIRECTED to carefully read and strictly abide by all future orders of the court.

DONE this 29th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE