IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA B. WILSON, *et al*, )<br>)<br>    Plaintiffs, )<br>)<br>v.   )<br>)<br>SCOTT HEATH RICE, )<br>)<br>    Defendants. ) | CIVIL ACT. NO.  2:07-CV-243-WHA |

**ORDER**

The parties have informed the court that they believe mediation will assist them in reaching an amicable resolution of the disputes in this case.  Accordingly, it is

ORDERED that a telephone conference to schedule mediation be and is hereby set on November 26, 2007, at 9:00 a.m.  The plaintiff shall set up the conference call.

Done this 15th day of November, 2007.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE