IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELLA B. WILSON and ) | |
| CURTIS WILSON ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| VS. ) | CASE NO.: |
| ) | 2:07-CV-00243-WHA-CSC |
| SCOTT HEATH RICE ) | |
| ) | |
|     Defendant ) | |

**CONFLICT DISCLOSURE STATEMENT**

      COMES NOW the Plaintiffs, Pamela B. Wilson and Curtis Wilson, and files their Conflict Disclosure Statement.  Mr. And Mrs. Wilson are individuals and have no known association that might potentially cause a conflict for any Judge related to this action.

Respectfully submitted this the 30th day of November, 2007.

                /s/  J. Doyle Fuller
                J. DOYLE FULLER (FUL005)
                JACOB A. FULLER (FUL030)
                Attorneys for Plaintiffs

LAW OFFICES OF J. DOYLE FULLER, P.C.
2851 Zelda Road
Montgomery, Alabama 36106
334-270-0020
334-270-9848 *fax*
*jdf@jdoylefuller.com*

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing Conflict Disclosure Statement upon the following:

| | |
|---|---|
| Michael L. White<br>WEBSTER, HENRY, LYONS &<br>WHITE, PC<br>P.O. Box 239<br>Montgomery, AL 36101-0239 | |

by electronic transmission on this the 30th day of November, 2007.

 

                                                <u>J. Doyle Fuller</u><br>
                                                OF COUNSEL