IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PAMELLA B. WILSON and** | ) | |
| **CURTIS WILSON,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CASE NO.:** |
| v. | ) | |
| | ) | **2:07-CV-00243-WHA-CSC** |
| **SCOTT HEATH RICE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW the Plaintiff and provides the following concerning the settlement conference:

1) The two parties engaged in settlement negotiations within the prescribed period, wherein progress was made but settlement did not occur.

2) Both parties firmly believe that mediation would be helpful in this case, and we are set to mediate with the Honorable Charles Coody on January 24, 2008.

**RESPECTFULLY SUBMITTED** this the 13th day of December, 2007.

/s/ J.DOYLE FULLER

Attorney for Plaintiffs Pamela and Curtis Wilson


LAW OFFICE OF J. DOYLE FULLER
2851 Zelda Road
Montgomery, Alabama 36106

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the following:

| | |
|---|---|
| Michael L. White<br>WEBSTER, HENRY, LYONS &<br>WHITE, PC<br>P.O. Box 239<br>Montgomery, AL 36101-0239 | |

by electronic transmission on this the 13th day of December, 2007.

              J. Doyle Fuller
              OF COUNSEL