IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELLA B. WILSON and  )<br>CURTIS WILSON,           )<br>                          )<br>     Plaintiffs,         )<br>                          )<br>v.                        )<br>                          )<br>SCOTT HEATH RICE,         )<br>                          )<br>     Defendant.           )<br>                          ) | CASE NO.:<br><br>2:07-CV-00243-WHA-CSC |

## PLAINTIFF'S EXPERT WITNESS LIST

COMES NOW the Plaintiffs and provide that they do not plan on using any expert witnesses at trial.

**RESPECTFULLY SUBMITTED** this the 14th day of December, 2007.

/s/ J.DOYLE FULLER

Attorney for Plaintiffs Pamela and Curtis Wilson
LAW OFFICE OF J. DOYLE FULLER
2851 Zelda Road
Montgomery, Alabama 36106

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the following:

| | |
|---|---|
| Michael L. White<br>WEBSTER, HENRY, LYONS &<br>WHITE, PC<br>P.O. Box 239<br>Montgomery, AL 36101-0239 | |

by electronic transmission on this the 14th day of December, 2007.


                              J. Doyle Fuller
                              OF COUNSEL