IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PAMELA B. WILSON and** ) <br> **CURTIS WILSON,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **SCOTT HEATH RICE,** ) <br> ) <br> **Defendant.** ) <br> ) | **CASE NO.:** <br><br> **2:07-CV-00243-WHA-CSC** |

## PLAINTIFF'S AMENDED EXPERT WITNESS LIST

COME NOW the Plaintiffs and move to amend the expert witness list as follows. There is a possibility that each of the following doctors will be used as either an expert witness or fact witness, or both:

1) Dr. James Carpenter
   645 McQueen Smith Road
   Prattville, Alabama  36066

2) Dr. Jeffery Pirofsky
   2065 E. South Boulevard
   Parker Pavilion
   Montgomery, Alabama  36116

3) Dr. David Herrick
   2065 E. South Boulevard
   Montgomery, Alabama  36116

4) Dr. Stephen Bryan
   P.O. Box 11368
   Montgomery, Alabama  36111

**RESPECTFULLY SUBMITTED** this the 23rd day of January, 2008.

/s/ J. Doyle Fuller
Attorney for Plaintiffs
Pamela and Curtis Wilson
LAW OFFICE OF J. DOYLE FULLER, PC
2851 Zelda Road
Montgomery, Alabama 36106

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the following:

| | |
|---|---|
| Michael L. White<br>WEBSTER, HENRY, LYONS & WHITE, PC<br>P.O. Box 239<br>Montgomery, AL 36101-0239 | |

by electronic transmission on this the 23rd day of January, 2008.

J. Doyle Fuller
OF COUNSEL