IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA B. WILSON and CURTIS WILSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| SCOTT HEATH RICE, | ) ) |
| Defendant. | ) ) ) |

CASE NO.:

2:07-CV-00243-WHA-CSC

## JOINT STIPULATION TO DISMISS

COME NOW the parties and represent to the Court as follows:

1. The parties have entered into a settlement agreement in this matter, the terms of which call for a dismissal of this action with prejudice.

2. The parties hereby stipulate that the above-styled action may be dismissed with prejudice, each party to bear his own cost.

Respectfully submitted this the 10th day of March, 2008.

_____
J. Doyle Fuller
Attorney for the Plaintiffs

_____
Michael L. White (WHI095)
Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA B. WILSON and<br>CURTIS WILSON,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT HEATH RICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)    CASE NO.:<br>)<br>)    2:07-CV-00243-WHA-CSC<br>)<br>)<br>)<br>)<br>) |

## ORDER

THIS COURT having reviewed the Parties' Joint Stipulation to Dismiss, finds that motion to be of merit.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that all claims in this lawsuit are hereby dismissed with prejudice, costs taxed as paid.

DONE and ORDERED this the _____ day of _____, 2008.

_____
JUDGE

cc:    J. Doyle Fuller, Esq.
       Michael L. White, Esq.